UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MASON and SUE MASON, husband and wife; SHIRLEY WERNER and IRVING WERNER, wife and husband,<br><br>Plaintiffs<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; a Delaware corporation; MCKESSON CORPORATION, a Delaware corporation; DOES 1-50,<br><br>Defendants. | Case No. C 07 3453<br><br>COPORATE DISCLOSURE STATEMENT<br><br>E-filing |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

    (1) Novartis Finance Corporation, a New York corporation;

    (2) Novartis Corporation, a New York corporation;

    (3) Novartis Holding, AG, a Swiss company; and

    (4) Novartis AG, a Swiss company, whose American Depository Shares are publically traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

    (1) Novartis AG indirectly owns a 100% interest in NPC.

| | |
|---|---|
| Dated: June 29, 2007 | Respectfully submitted, |
| | *[signature]* |
| | James A. Bruen (State Bar No. 43880) |
| | Sarah Peterman (State Bar No. 227082) |
| | **FARELLA BRAUN & MARTEL LLP** |
| | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| | Phone: (415) 954-4400 |
| | Fax: (415) 954-4480 |
| | jbruen@fbm.com |
| | |
| | *Of counsel:* |
| | Joe G. Hollingsworth |
| | Donald W. Fowler |
| | Katharine R. Latimer |
| | Robert E. Johnston |
| | **SPRIGGS & HOLLINGSWORTH** |
| | 1350 I Street, NW, Ninth Floor |
| | Washington, D.C. 20005 |
| | Phone: (202) 898-5800 |
| | Fax: (202) 682-1639 |
| | |
| | *Attorneys for Defendant Novartis Pharmaceuticals Corporation* |