UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WILLIAM MASON and SUE MASON, husband and wife; SHIRLEY WERNER and IRVING WERNER, wife and husband,

Plaintiffs

vs.

NOVARTIS PHARMACEUTICALS CORPORATION; a Delaware corporation; MCKESSON CORPORATION, a Delaware corporation; DOES 1-50,

Defendants.

Case No. C-07-3453

COPORATE DISCLOSURE STATEMENT

E-filing

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publicly held companies that own 10% or more of NPC's stock:

1. Parent Companies:

   (1) Novartis Finance Corporation, a New York corporation;

   (2) Novartis Corporation, a New York corporation;

   (3) Novartis Holding, AG, a Swiss company; and

   (4) Novartis AG, a Swiss company, whose American Depository Shares are publically traded on the New York Stock Exchange.

2. Publicly held companies owning more than 10% of NPC stock:

   (1) Novartis AG indirectly owns a 100% interest in NPC.

Dated: June 29, 2007

Respectfully submitted,

*[signature]*

James A. Bruen (State Bar No. 43880)
Sarah Peterman (State Bar No. 227082)
**FARELLA BRAUN & MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Phone: (415) 954-4400
Fax: (415) 954-4480
jbruen@fbm.com

*Of counsel:*
Joe G. Hollingsworth
Donald W. Fowler
Katharine R. Latimer
Robert E. Johnston
**SPRIGGS & HOLLINGSWORTH**
1350 I Street, NW, Ninth Floor
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorneys for Defendant Novartis Pharmaceuticals Corporation*