1  James A. Bruen (State Bar No. 43880)
   Monali S. Sheth (State Bar No. 239511)
2  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480
   jbruen@fbm.com
5  msheth@fbm.com

6  Attorneys for Defendant
   MCKESSON CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12 | WILLIAM MASON and SUE MASON, | Case No. 3:07-cv-03453-JL
   | husband and wife; SHIRLEY WERNER |
13 | and IRVING WERNER, wife and husband, | **STIPULATION TO EXTEND TIME FOR**
   |  | **DEFENDANT MCKESSON**
14 |              Plaintiff, | **CORPORATION TO RESPOND TO THE**
   |  | **COMPLAINT**
15 |       vs. |
   |  | Dept:      Courtroom F, 15th Floor
16 | NOVARTIS PHARMACEUTICALS | Judge:     Hon. James Larson
   | CORPORATION, a Delaware corporation; |
17 | MCKESSON CORPORATION, a |
   | Delaware corporation; DOES 1-50, |
18 |  |
   |              Defendants. |
19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT
Case No. 3:07-cv-03453-JL

- 1 -

22362\1302371.1

1    WHEREAS on June 28, 2007, William Mason, Sue Mason, Shirley Werner, and Irving

2  Werner ("Plaintiffs") filed their Complaint for Damages in the Superior Court of the State of

3  California in and for the County of San Francisco;

4    WHEREAS on June 29, 2007, Defendant Novartis Pharmaceuticals Corporation filed a

5  Notice of Removal and related documents in this Court;

6    WHEREAS on July 2, 2007, Defendant McKesson Corporation ("McKesson") was served

7  with the state court summons and Complaint;

8    WHEREAS McKesson has requested an extension of time to respond to the Complaint;

9    WHEREAS this extension comports with Local Rule 6-1(a) because extending time for

10  McKesson to respond to the Complaint does not alter the date of any deadline already fixed by

11  Court order;

12    WHEREAS counsel for Plaintiffs has agreed to an extension;

13    NOW THEREFORE, the parties stipulate as follows:

14    McKesson shall serve and file a response to the Complaint within the later of 30 calendar

15  days from the date of this stipulation or 10 court days after an order by this Court on any motion

16  by Plaintiffs to remand the case to state court.  By entering into this stipulation, McKesson does

17  not waive any right to deny that any cause of action exists against it, and also does not waive any

18  other defense, exception, or obligation which may exist in favor of it, including without limitation

19  the defenses of lack of personal jurisdiction, forum non conveniens, and lack of service and

20  improper venue, both in state and federal court.

21  Dated:  July 23, 2007              FARELLA BRAUN & MARTEL LLP

22

23  By:_____/s/_____
                          Monali S. Sheth

24                              Attorneys for Defendant
                          MCKESSON CORPORATION

25  ///

26  ///

27  ///

28  ///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT                - 2 -
Case No. 3:07-cv-03453-JL                                        22362\1302371.1

1    Dated:  July 23, 2007                    PHILLIPS & ASSOCIATES

2

3                                            By:_____/s/_____
                                                Robert F. Clarke

4                                            Attorneys for Plaintiffs
                                             WILLIAM MASON, SUE MASON, SHIRLEY
5                                            WERNER, AND IRVING WERNER

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT                  - 3 -
Case No. 3:07-cv-03453-JL                                          22362\1302371.1

1    I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on

2  file, all holograph signatures for any signatures indicated by a "conformed" signature ("/s/")

3  within this e-filed document.

4

5  Dated:  July 23, 2007                    FARELLA BRAUN & MARTEL LLP

6

7                                   By:_____/s/_____
                                        Monali S. Sheth

8                                   Attorneys for Defendant
                                    MCKESSON CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIP. TO EXTEND TIME FOR MCKESSON
TO RESPOND TO COMPLAINT          - 4 -
Case No. 3:07-cv-03453-JL                           22362\1302371.1