Robert F. Clarke, Esq. (CSBN 79881)
PHILLIPS & ASSOCIATES
3030 North Third Street, Suite 1100
Phoenix, Arizona 85012
Telephone:  (602) 258-8900 ext. 328
Facsimile:  (602) 288-1632
E-Mail:  bobc@phillipslaw.ws

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MASON, et ux, et al., | Case No. C-07-3453 JL |
| Plaintiffs, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| vs. | **-and-** |
| NOVARTIS PHARMACEUTICALS CORPORATION, et al., | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Defendants. | |

Plaintiffs hereby decline to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby request the reassignment of this case to a United States District Judge.

Dated: July 23, 2007              **PHILLIPS & ASSOCIATES**

By s/Robert F. Clarke[1]
   Robert F. Clarke
   Attorneys for Plaintiffs
   E-mail: bobc@phillipslaw.ws

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (s/) within this e-filed document.

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2  I am employed in the County of Maricopa, State of Arizona. I am over the age of eighteen

3  (18 ) years and am not a party to the within action.

4  I hereby certify that on July 23, 2007, I electronically filed the foregoing with the Clerk of

5  the Court using the CM/ECF system, which sent notification of such filing to the following:

6  James A. Bruen
Farella Braun and Martel LLP
7  jbruen@fbm.com
Attorney for Defendant Novartis Pharmaceuticals Corporation
8

9  Monali S. Sheth
Farella Braun and Martel LLP
msheth@fbm.com
10  Attorney for Defendant McKesson Corporation

11  I further certify that I have caused the foregoing document to be mailed by the United States

12  Postal Service, according to our office policy for outgoing mail, to each of the following non

13  CM/ECF participants:

14  Sarah F Peterman
Farella Braun & Martel LLP
15  235 Montgomery Street
17th Floor
16  San Francisco, CA 94104
Attorney for Defendant Novartis Pharmaceuticals Corporation
17

18  I declare that I am employed in the office of a member of the bar of this court at whose

    direction the filing and service was made.
19
    DATED: July 23, 2007                                s/Ron Foltz
20                                                     Ron Foltz, Paralegal to Robert F. Clarke

21

22

23

24

25

26

27

28