James A. Bruen (State Bar No. 43880)
Monali S. Sheth (State Bar No. 239511)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jbruen@fbm.com
msheth@fbm.com

Attorneys for Defendants
MCKESSON CORPORATION
NOVARTIS PHARMACEUTICALS
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM MASON and SUE MASON, husband and wife; SHIRLEY WERNER and IRVING WERNER, wife and husband,<br><br>Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION, a Delaware corporation; MCKESSON CORPORATION, a Delaware corporation; DOES 1-50,<br><br>Defendants. | Case No. 3:07-cv-03453-JSW<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT MCKESSON CORPORATION**<br><br>Dept:   Courtroom 2, 17th Floor<br>Judge:  Hon. Jeffrey S. White |

All parties, through their respective attorneys, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby agree to a dismissal with prejudice of McKesson Corporation in the above-referenced case, with the parties to bear their own costs and attorneys fees.

///

///

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. OF DISMISSAL OF DEFENDANT
MCKESSON CORPORATION
Case No. 3:07-cv-03453-JSW

- 1 -

22362\1312353.1

| | | |
|---|---|---|
| 1 | Dated: August 7, 2007 | FARELLA BRAUN & MARTEL LLP |
| 2 | | |
| 3 | | By: /s/ |
| | | Monali S. Sheth |
| 4 | | |
| 5 | | Attorneys for Defendants |
| | | MCKESSON CORPORATION |
| | | NOVARTIS PHARMACEUTICALS |
| 6 | | CORPORATION |
| 7 | Dated: August 7, 2007 | PHILLIPS & ASSOCIATES |
| 8 | | |
| | | By: /s/ |
| 9 | | Robert F. Clarke, Esq. |
| 10 | | Attorneys for Plaintiffs |
| | | WILLIAM MASON, SUE MASON, SHIRLEY |
| 11 | | WERNER, AND IRVING WERNER |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. OF DISMISSAL OF DEFENDANT
MCKESSON CORPORATION
Case No. 3:07-cv-03453-JSW

- 2 -

22362\1312353.1

1  I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on
2  file, all holograph signatures for any signatures indicated by a "conformed" signature ("/s/")
3  within this e-filed document.

4

5  Dated: August 7, 2007                              FARELLA BRAUN & MARTEL LLP

6
7                                                     By: _____/s/_____
                                                          Monali S. Sheth
8                                                     Attorneys for Defendants
                                                      MCKESSON CORPORATION
9                                                     NOVARTIS PHARMACEUTICALS
                                                      CORPORATION
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIP. OF DISMISSAL OF DEFENDANT
MCKESSON CORPORATION                - 3 -
Case No. 3:07-cv-03453-JSW

22362\1312353.1