# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS  
LIABILITY LITIGATION   MDL No. 1760

(SEE ATTACHED SCHEDULE)

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By frantzag on Dec 31, 2013
DEPUTY CLERK

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Middle District of Tennessee.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Middle District of Tennessee with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 31, 2013

CLERK'S OFFICE  
UNITED STATES  
JUDICIAL PANEL ON  
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi  
Clerk of the Panel

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION                                        MDL No. 1760

## SCHEDULE FOR CRO

| TRANSFEREE DIST | DIV. | C.A.NO. | TRANSFEROR DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|---|---|---|
| TNM | 3 | 07-00234 | AZ | 2 | 07-00018 | King v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00825 | CAN | 3 | 07-03453 | Mason et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00277 | DC | 1 | 07-00060 | Clark v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00278 | DC | 1 | 07-00061 | Stevens v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00381 | DC | 1 | 07-00301 | Matthews et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00526 | DC | 1 | 07-00613 | Rodriguez et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00527 | DC | 1 | 07-00614 | Cies et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00528 | DC | 1 | 07-00615 | Cornelison et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00529 | DC | 1 | 07-00616 | Lis v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00778 | DC | 1 | 07-01058 | Chaucer et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00780 | DC | 1 | 07-01117 | Sherman et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00781 | DC | 1 | 07-01123 | Lambertson et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-00888 | DC | 1 | 07-01293 | Johnson v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-01018 | DC | 1 | 07-01564 | Riddle v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-01020 | DC | 1 | 07-01567 | Spiropoulos et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-01021 | DC | 1 | 07-01568 | Villa v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-01138 | DC | 1 | 07-01773 | Gershonowitz et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 | 07-01139 | DC | 1 | 07-01774 | Kindsfater et al v. Novartis Pharmaceuticals Corporation |

| | | | | |
|---|---|---|---|---|
| TNM | 3 07-01140 | DC | 1 07-01775 | Witcher v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00019 | DC | 1 07-02110 | Franklin v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00132 | DC | 1 07-02309 | Berry et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00837 | FLM | 3 07-00601 | Bard v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01044 | FLS | 0 07-61322 | Kennedy v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00916 | KS | 2 08-02374 | Arbuckle v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00995 | MA | 1 07-11599 | Park et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01023 | MA | 1 07-11695 | Gullins v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01141 | MN | 0 07-04159 | Case et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01278 | MN | 0 07-04597 | Bayhi et al v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00088 | MN | 0 07-04752 | Bowden v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00425 | MSN | 2 07-00039 | Shellman v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00357 | MSN | 3 08-00029 | Smith v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00783 | MSS | 3 07-00352 | Hamblin v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00734 | NCM | 1 07-00435 | Leary v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01061 | NJ | 2 07-04481 | Tristano v. Novartis Pharmaceuticals Corporation |
| ~~TNM~~ | ~~3 08-00133~~ | ~~NJ~~ | ~~2 07-06110~~ | ~~Chames v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 |
| TNM | 3 08-00134 | NJ | 2 07-06112 | Mears v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00135 | NJ | 2 07-06113 | Smith v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00136 | NJ | 2 07-06114 | Morgan v. Novartis Pharmaceuticals Corporation |
| ~~TNM~~ | ~~3 08-00137~~ | ~~NJ~~ | ~~2 07-06115~~ | ~~Billups v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 |
| TNM | 3 07-01045 | NJ | 3 07-04460 | DeAngelis v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-00784 | NM | 1 07-00605 | Plotner v. Novartis Pharmaceuticals Corporation |

- 2 -

| | | | |
|---|---|---|---|
| TNM 3 07-00237 | NM | 6 07-00021 | Ulibarri v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00111 | NYE | 1 06-06162 | DiRe v. Novartis Pharmaceuticals Corporation |
| TNM 3 08-00928 | NYE | 2 08-03234 | Casali v. Novartis Pharmaceuticals Corporation |
| ~~TNM 3 07-00169~~ | ~~NYS~~ | ~~1 06-14183~~ | ~~Dockham v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 |
| TNM 3 07-00170 | NYS | 1 06-14185 | Granat v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00101 | NYS | 1 06-14187 | Mulder v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00102 | NYS | 1 06-14188 | Palmer v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00103 | NYS | 1 06-14189 | Prager v. Novartis Pharmaceuticals Corporation |
| ~~TNM 3 07-00105~~ | ~~NYS~~ | ~~1 06-14191~~ | ~~Sablan v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 |
| TNM 3 07-00108 | NYS | 1 06-14194 | Watson v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00109 | NYS | 1 06-14195 | Werther v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00110 | NYS | 1 06-14196 | Wilt v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00228 | NYS | 1 06-14240 | Henneken v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00386 | NYS | 1 07-01761 | John J. Snipes, Jr. v. Novartis Pharmaceuticals Corp. |
| ~~TNM 3 07-00389~~ | ~~NYS~~ | ~~1 07-01764~~ | ~~Scott Beecher v. Novartis Pharmaceuticals Corp.~~ Opposed 12/31/13 |
| TNM 3 07-00390 | NYS | 1 07-01765 | E. Jean Carlson v. Novartis Pharmaceuticals Corp. |
| ~~TNM 3 07-00392~~ | ~~NYS~~ | ~~1 07-01767~~ | ~~Cynthia Cline v. Novartis Pharmaceuticals Corp.~~ Opposed 12/31/13 |
| TNM 3 07-00395 | NYS | 1 07-01770 | Ganzen v. Novartis Pharmaceuticals Corporation |
| ~~TNM 3 07-00396~~ | ~~NYS~~ | ~~1 07-01771~~ | ~~Keller v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 |
| TNM 3 07-00465 | NYS | 1 07-02051 | Voorhies v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00466 | NYS | 1 07-02052 | Nicolosi v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00467 | NYS | 1 07-02053 | Mosher v. Novartis Pharmaceuticals Corporation |
| TNM 3 07-00468 | NYS | 1 07-02054 | Miltenberger v. Novartis Pharmaceuticals Corporation |

| | | | |
|---|---|---|---|
| ~~TNM 3 07-00469~~ | ~~NYS 1 07-02055~~ | ~~Eliff v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| TNM 3 07-00427 | NYS 1 07-02057 | Brown v. Novartis Pharmaceuticals Corporation | |
| TNM 3 07-00474 | NYS 1 07-02232 | Gibbs v. Novartis Pharmaceuticals Corporation | |
| TNM 3 07-00475 | NYS 1 07-02233 | Farwell v. Novartis Pharmaceuticals Corporation | |
| ~~TNM 3 07-00534~~ | ~~NYS 1 07-02451~~ | ~~Petty v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00535~~ | ~~NYS 1 07-02452~~ | ~~Marali v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00565~~ | ~~NYS 1 07-02954~~ | ~~Robertson v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| TNM 3 07-00566 | NYS 1 07-02955 | Rosen v. Novartis Pharmaceuticals Corporation | |
| TNM 3 07-00575 | NYS 1 07-02956 | Mione v. Novartis Pharmaceuticals Corporation | |
| ~~TNM 3 07-00567~~ | ~~NYS 1 07-02957~~ | ~~Raso v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00576~~ | ~~NYS 1 07-02958~~ | ~~Jackson v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00568~~ | ~~NYS 1 07-02959~~ | ~~Kiser v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00569~~ | ~~NYS 1 07-02960~~ | ~~Erickson v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00571~~ | ~~NYS 1 07-02962~~ | ~~Preston v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| TNM 3 07-00572 | NYS 1 07-02963 | Benabise v. Novartis Pharmaceuticals Corporation | |
| TNM 3 07-00994 | NYS 1 07-07278 | Hamilton v. Novartis Pharmaceuticals Corporation | |
| ~~TNM 3 07-00960~~ | ~~NYS 1 07-07281~~ | ~~Ryden v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| TNM 3 07-00961 | NYS 1 07-07282 | Yeager v. Novartis Pharmaceuticals Corporation | |
| ~~TNM 3 07-00962~~ | ~~NYS 1 07-07284~~ | ~~Davidoff v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-00963~~ | ~~NYS 1 07-07285~~ | ~~Weeks v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| TNM 3 07-01227 | NYS 1 07-09669 | Clark et al v. Novartis Pharmaceuticals Corporation | |
| ~~TNM 3 07-01228~~ | ~~NYS 1 07-09670~~ | ~~Jordan v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |
| ~~TNM 3 07-01231~~ | ~~NYS 1 07-09673~~ | ~~Brandt v. Novartis Pharmaceuticals Corporation~~ Opposed 12/31/13 | |

- 4 -

- 5 -

| | | | | | |
|---|---|---|---|---|---|
| TNM | 3 08-00358 | NYS | 1 08-02337 | Pasquarelli v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00359 | NYS | 1 08-02338 | Darch v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00360 | NYS | 1 08-02339 | Balch v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00361 | NYS | 1 08-02340 | Thul v. Novartis Pharmaceuticals Corporation |
| TNM | 3 07-01143 | SC | 4 07-03372 | Pressley v. Novartis Pharmaceuticals Corporation |
| TNM | 3 08-00244 | WVS | 2 08-00067 | Bennett v. Novartis Pharmaceuticals Corporation |